IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CRIMINAL NO. 3:94-CR-58-1H
CIVIL NO. 5:16-CV-677-H

RONALD SHERRILL WILKERSON,      )
                                )
        Petitioner,             )
                                )
   v.                           )           ORDER
                                )
UNITED STATES OF AMERICA,       )
                                )
        Respondent.             )

This action was initiated after the enactment and implementation of habeas

corpus reforms contained in Title I of the "Antiterrorism and Effective Death Penalty Act

of 1996." 28 U.S.C. § 2244 (b)(3)(A) provides that before a second or successive habeas

corpus application may be filed in the district court, the applicant must move the

appropriate court of appeals for an order authorizing the district court to consider the

application. 28 U.S.C. § 2244 (b)(3)(A); see also 28 U.S.C. § 2255(h) (requiring

successive motions to be certified by a panel of the appropriate court of appeals as

provided in 28 U.S.C. § 2244).

The petitioner has filed at least one prior section 2255 claim; therefore this

court is without jurisdiction to review the matter until authorized to do so by the United

States Court of Appeals for the Fourth Circuit. Accordingly this matter is DISMISSED

without prejudice for the petitioner to seek authorization to file this application in the

Eastern District of North Carolina.

A certificate of appealability shall not issue absent "a substantial showing

of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A petitioner satisfies

this standard by demonstrating that reasonable jurists would find that an assessment of

the constitutional claims is debatable and that any dispositive procedural ruling dismissing such claims is likewise debatable. <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); <u>Rose v. Lee</u>, 252 F.3d 676, 683-84 (4th Cir. 2001). Reasonable jurists would not find this court's dismissal of Petitioner's § 2255 Motion as successive debatable. Therefore, a certificate of appealability is DENIED.

SO ORDERED, this 18th day of July, 2016.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE